FELONY
TC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W. DARRAH

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

MAGISTRATE JUDGE ASHMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   Ashman, 08 CR 208, U.S. v. Lorna Clarke and Marlin Martinez

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐ YES X   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   08 CR 208    U.S. v. Lorna A. Clarke and Marlin Martinez    Judge Darrah

3) Is this re-filing of a previously dismissed indictment or information?   NO X    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery ......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault ............. (III)
   ☐ Burglary ............ (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement .... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ........ (II)
   ☐ Postal Fraud ............ (II)
   XX Other Fraud ............ (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting .......... (III)
   ☐ Sex Offenses ........... (II)
   ☐ DAPCA Marijuana ........ (III)
   ☐ DAPCA Narcotics ........ (III)

   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses ... (IV)
   ☐ Immigration Laws ........ (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws ......... (IV)
   ☐ Motor Carrier Act ........ (IV)
   ☐ Selective Service Act ...... (IV)
   ☐ Obscene Mail ............ (III)
   ☐ Other Federal Statutes ..... (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 18, United States Code, Section (s) 1343 and 2.**

RENATO MARIOTTI
Assistant United States Attorney

FILED
APR 15 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 CR 208

(revised 12/99)