Minute Order Form (rev. 4/99)

08 GJ 105

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0208 | DATE | APRIL 14, 2008 |
| CASE TITLE | US v. LORNA A. CLARKE and MARLIN MARTINEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Maria Valdez* (signature)

Docket Entry:

BOND SET IN 08 CR 0208 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

**JUDGE JOHN W. DARRAH**

**MAGISTRATE JUDGE ASHMAN**

**FILED**
APR 1 5 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone. | | | Date mailed notice |
| | Docketing to mail notices | | | Mailing dpty. initials |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | DOCKET# |