# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 2 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 5/1/2008. Pretrial motions to be filed by or on 5/8/2008. Response to be filed by or on 5/15/2008. Reply to be filed by or on 5/22/2008. Ruling on motions set for 5/29/2008 at 9:45 a.m., before Judge Darrah. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|