

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES OF AMERICA
vs.
MARLIN MARTINEZ

Case Number: 08 CR 208-2

08cr208

RECEIVED APR 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED APR 24, 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, MARLIN MARTINEZ

| | |
|---|---|
| NAME (Type or print) David G. Pugh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Pugh and Payne, P.C. | |
| STREET ADDRESS 7257 W. Touhy Ave., Suite 202 | |
| CITY/STATE/ZIP Chicago, IL  60631 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6273492 | TELEPHONE NUMBER (773) 467-8991 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |