

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT DIVISION
EASTERN DIVISION

AUG 1 3 2008
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | General No.    08 CR 208-2 |
| ) | |
| **MARLIN MARTINEZ** ) | Judge John W. Darrah |
| ) | |

To:    Renato Mariotti, Esq.
       219 S. Dearborn, 5th Floor
       Chicago, IL 60604
       Fax: (312) 353-4324

### NOTICE OF MOTION

TAKE NOTICE that on August 20, 2008 at 9:00 am or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead, in courtroom usually occupied by him or her, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, Room 1203, and present, then and there, the attached motion, which has been filed with the clerk of the United States District Court, Northern District Division, Eastern Division and is hereby served upon you.

Pugh and Payne PC

### CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that the following documents

### NOTICE AND MOTION TO CONTINUE TRIAL

Were served on August 13, 2008 by facsimile and email, in accordance with FED. R. CIV. P. 5, LR5.5, and as an express exception to the General Order on Electronic Case Filing Pursuant to the District Court's Electronic Filing (EFC) system as to EFC Filers.

Pugh and Payne P.C.                    Dated:    8/13/08
Attorneys for Defendant
7257 W. Touhy Ave., Suite 202
Chicago, IL 60631
ARDC No.: 6275674                                Matthew S. Payne
(773) 467-8991