UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 208-2 |
| v. | ) | |
| | ) | Judge John Darrah |
| MARLIN MARTINEZ | ) | |

## NOTICE OF FILING

On **August 25, 2008,** at 9:00 a.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Darrah in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE**, in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  *s/ Renato Mariotti*
RENATO MARIOTTI
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7855

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF FILING**

was served on August 19, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

      By:    *s/ Renato Mariotti*
                  RENATO MARIOTTI
                  Assistant United States Attorney
                  219 South Dearborn Street, 5th Floor
                  Chicago, Illinois 60604
                  (312) 886-7855