# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 208 - 2 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Marlin Martinez | | |

**DOCKET ENTRY TEXT**

Defendant Martinez's motion to continue the trial is granted [32]. Jury trial set for 8/25/08 is re-set to 10/27/08 at 9:00 a.m. In the interests of justice, time is ordered excluded to 10/27/08 pursuant to 18:3161(h)(8)(A)(B). (x-t). Government's motion in limine is withdrawn without prejudice with leave to re-file one week prior to trial [34].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|